**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DIANA WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:13-cv-145 JCH |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, filed on February 24, 2014. In his report, Magistrate Judge Mensah recommends that the Court reverse the decision of the Commissioner, and remand this case for further proceedings consistent with her Report and Recommendation. Neither party has filed objections to the Report and Recommendation.

After review of the record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation. Specifically, the Court agrees it would be appropriate to reverse and remand this matter to the Commissioner for further administrative proceedings.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of Magistrate Judge Shirley Padmore Mensah (ECF No. 22) is adopted and incorporated herein.

**IT IS FURTHER ORDERED** that, pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is reversed and remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation and with this Order. A separate Order of Remand shall accompany this Order.

Dated this 21st day of March, 2014.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE